UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MITCHELL S.,

      Plaintiff,

                                    Case No. 1:24-cv-789

v.

                                  HON. JANE M. BECKERING

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed a Motion for attorney fees and costs under the Equal Access to Justice Act (ECF No. 12).  Plaintiff also filed a Motion for attorney fees under 42 U.S.C. § 406(b) (ECF No. 14).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 22) on April 2, 2026, recommending that this Court grant the motions and direct counsel to refund the amount of the EAJA fee to Plaintiff.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for attorney fees and costs under the Equal Access to Justice Act (ECF No. 12) is GRANTED for the reasons stated in the Report and Recommendation.  Defendant shall pay Plaintiff attorney fees in the amount of $4,340.70 and costs in the amount of $405.00, for a total award of $4,745.70.

**IT IS FURTHER ORDERED** that the Motion for attorney fees under 42 U.S.C. § 406(b) (ECF No. 14) is GRANTED for the reasons stated in the Report and Recommendation.  Defendant

shall pay Plaintiff attorney fees in the amount of $8,562.50.  After receiving this fee, Counsel is directed to refund the amount of the EAJA fee ($4,340.70) to Plaintiff.


Dated: April 17, 2026                                   /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge